**ROBERT COOK, Administrator of Nancy Cook, v.**
**JAMES ROGERS et al.**

Court of Chancery.   Sussex.   July 24, 1821.

*Ridgely's Notebook III, 389.*

*Mr. Robinson* reads the bill.   January 27, 1806, will of Dr. Rogers.

*Mr. Wells* reads the answers of James Rogers and Thomas W. Rogers.

This bill went on leave to amend the bill by making other persons parties defendants, and an order to file accounts.